Isaac K. Goodman, appellee, v. Margaret Ernst, appellant. Gen. No. 35,104.

Opinion filed October 9, 1931.

Charles M. Geringer, for appellant; James S. Wight, of counsel. Charles S. Elias, for appellee; Clyde C. Fisher, of counsel.

Mr. Justice Kerner delivered the opinion of the court.